# United States District Court
# For The Western District of North Carolina
# Statesville Division

JUAN SOLIS AGUIRRE,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO. 5:12CV98-2-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2012, Order.

                                        Signed: October 10, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court